Gussie Lipshitz, Appellant, v. Samuel Salaway and Others, Respondents.— The court had no power to extend the time in which to serve the notice of appeal. Order reversed, with ten dollars costs and disbursements, and motion denied, with costs, on the authority of Lavalle v. Skelly (90 N. Y. 546). Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Harry Lipshitz and Isaac Goldman, Appellants, v. David Schneider, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

George E. Lovett, Respondent, v. Grace E. Lovett, Appellant. — Order affirmed, without costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Emma K. Manthai, as Administratrix, etc., of Herman C. Manthai, Deceased, Appellant, v. Erie Railroad Company, Respondent, Impleaded with Julien T. Davies, Jr., as Trustee in Bankruptcy, etc., of the Greenwich Dairy Company, a Bankrupt.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Elizabeth Miller and Others, as Executors, etc., of Joseph O. Miller, Deceased, Respondents, v. Reese Carpenter, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

Emma L. Murphy, Respondent, v. Jacob Emsheimer, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Charles H. Ohlau, Appellant, v. Bertha Lemcke, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

J. Van Vechten Olcott and James W. B. Rockwell, as Executors, etc., of Theodore F. Vail, Deceased, Respondents, v. William D. Baldwin, Individually and as Surviving Executor of and Trustee under the Last Will and Testament of Nahum Sullivan, Deceased, and Others, Appellants, Impleaded with Arthur T. Sullivan and Others, Defendants.— Judgment modified by reducing the sum allowed the plaintiffs and the defendant William D. Baldwin, for commissions as executors, from the sum of $2,151.32, to the sum of $2,029.96, and as modified affirmed, with costs to all parties payable out of the estate. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

John Osmulski, Appellant, v. New York and Queens County Railway Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Samuel J. Peacock, Respondent, v. Thomas Bailey, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Horace G. Polhemus, Jr., and Olivette G. Polhemus, Respondents, v. George W. Eccles, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Rich, JJ., concurred.